COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRENDAN B. LEACH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FLAGSTAR BANK, FSB, a Foreign Entity; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>Defendant. | Case Number:<br>2:20-cv-01826-JCM-EJY<br><br>**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC ONLY** |

Plaintiff, Brendan B. Leach ("Plaintiff") and Defendant, Trans Union LLC, by and through their respective attorneys of record, request that the above-captioned matter be dismissed

. . .

. . .

. . .

. . .

with prejudice as to Defendant Trans Union only, pursuant to FRCP 41(a)(2). Each party shall bear its own attorney fees and costs incurred herein.

Dated this 22nd day of June, 2021.

COGBURN LAW

By: */s/Erik W. Fox*
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    Erik W. Fox, Esq.
    Nevada Bar No. 8804
    2580 St. Rose Parkway, Suite 330
    Henderson, Nevada 89074
    *Attorneys for Plaintiff*

Dated this 22nd day of June, 2021.

QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.

By: */s/Jennifer Bergh*
    Jennifer Bergh, Esq.
    Nevada Bar No. 14480
    2001 Bryan Street, Suite 1800
    Dallas, Texas 75201
    *Attorneys for Trans Union LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
June 25, 2021
_____
DATE